

No. 12–0099/AR.  U.S. v. Matthew J. McClain.  CCA 20090446.  Appellant's motion to extend time to file a brief granted, *up to and including January 27, 2012, and absent extraordinary circumstances, no further extension of time will be granted in this case*.

No. 12–0123/AR.  U.S. v. Andre K. Hardaway, III.  CCA 20100139.  Appellee's motion to file a ten day letter out of time is denied.

No. 12–5001/AF.  U.S. v. Daniel J. Datavs.  CCA 37537.  Appellant's motion to extend time for the Judge Advocate General to file a certificate for review is granted to February 10, 2012.

No. 12–8010/AR.  U.S. v. Calvin J. Davenport.  CCA 20081102.  On consideration of petitioner's motion to file corrected copies of the petition for extraordinary relief and motion to stay the proceedings, it is ordered that said motion to file the corrected copies is hereby granted.

No. 12–0125/AR.  U.S. v. Robert A. Lyon.  CCA 20090792.  Review granted on the following issue:

> WHETHER AN ARTICLE 134 CLAUSE 1 OR 2 SPECIFICATION THAT FAILS TO EXPRESSLY ALLEGE EITHER POTENTIAL TERMINAL